Decided December 8, 2011

### ANTHONY T. GRANT *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony T. Grant's petition for certification for appeal from the Appellate Court, 131 Conn. App. 901 (AC 32757), is denied.

*Sarah F. Summons,* assigned counsel, in support of the petition.

*Bruce R. Lockwood,* senior assistant state's attorney, in opposition.